APPEAL NO. 75-13. SYLVIA L. KENNEDY *et al. v.* PROVIDENCE HOCKEY CLUB, INC. Motion of plaintiffs for enlargement of time to July 17, 1975 within which to file their brief is granted, but, if said brief is not filed within said time, a motion to dismiss will be in order. *Robert K. Mills,* for plaintiffs. *Martin Zucker, Thomas D. Pucci,* for defendant.

APPEAL NO. 75-30. ADAM FARKAS *v.* ALBERT M. SADLER *et al.* Motion of defendants Albert M. Sadler and Elizabeth Sadler to affirm the judgment below is denied. Motion of plaintiff's attorney for extension of time to file an amended brief is granted, and the amended brief shall be filed within 20 days from the date of this order.

The plaintiff's pro se motion for five days extension of time in which to file memorandum in support of objection to the motion to dismiss the appeal against Mary Adams is denied.

Motion by plaintiff's attorney for extension of time in which to file memorandum in opposition to the motion to dismiss the appeal against Mary Adams is granted, and the memorandum in opposition shall be filed within 10 days from the date of this order. *Arnold A. Zoglio,* for plaintiff. *Leonard A. Kiernan, Kenneth R. Neal,* for defendants.

July 2, 1975.

M. P. NO. 75-171. MABEL L. COYNE *v.* DANIEL W. COYNE. Petition for writ of certiorari, including prayer for stay, denied. *Alfred Factor, Kirshenbaum & Kirshenbaum,* for petitioner. *Michael A. Abatuno,* for respondent.

M. P. NO. 75-172. ANGELINA PASQUAZZI *v.* FRANK PASQUAZZI. Petition for certiorari denied. *Alan H. Pearlman,* for petitioner. *Alfred Factor, Kirshenbaum & Kirshenbaum,* for respondent.

M. P. NO. 75-174. ROGER A. PERRON *v.* ZONING BOARD OF REVIEW OF TOWN OF BURRILLVILLE. Petition for certiorari granted. *Samuel A. Olevson,* for petitioner. *Irving Zimmerman,* Town Solicitor, for respondent.